**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-13466
Non-Argument Calendar
_____

ERIC DUDLEY,
SAM DUDLEY,

*Plaintiffs-Appellants,*

*versus*

GEORGIA LOTTERY CORPORATION,
AMEE'S QUICK MART,
AMEE'S QUICK STOP,
GEORGIA LOTTERY COMPANY,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-03353-ELR
_____

Before JILL PRYOR, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

Eric and Sam Dudley, pro se, filed a notice of appeal on September 30, 2025, designating the district court's final judgment, which it entered on August 29, 2025.

The appeal is untimely, as the 30-day statutory time limit required the Dudleys to file their notice of appeal by September 29. *See* Fed. R. App. P. 4(a)(1)(A) (providing that a notice of appeal must be filed within 30 days after the judgment or order appealed from is entered if there is not a federal party), 26(a)(1)(C) (providing that if the last day of the appeal period is a weekend, the period continues to run until the end of the next day that is not a weekend or legal holiday). The Dudleys did not move to extend or reopen the appeal period. *See* Fed. R. App. P. 4(a)(5)-(6). We thus lack jurisdiction over this appeal. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-02 (11th Cir. 2010) (holding that a timely notice of appeal is a jurisdictional requirement in a civil case).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.